IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DARREN WILSON,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| vs. | ) Case No. 3:18-CV-01352-MAB |
| | ) |
| **ILLINOIS DEPARTMENT OF CORRECTIONS, JEFFERY M. DENNISON, LU WALKER, KAREN S. SMOOT, REGINALD NANCE, MARK BUNDREN, SGT. NASH, AND CHARLES JOHNSON,** | ) ) ) ) ) ) ) |
| | ) |
| **Defendants.** | ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order dated August 24, 2018 (Doc. 12), Defendant Sgt. Nash was **DISMISSED without prejudice** from this action.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant to the 120-Day Order entered on March 10, 2020, all remaining claims have been settled or otherwise resolved and the remaining Defendants Illinois Department of Corrections, Jeffery M. Dennison, Lu Walker, Karen S. Smoot, Reginald Nance, Mark Bundren, and Charles Johnson are **DISMISSED with prejudice** from this action, each party to bear their own costs, unless otherwise provided in the settlement documents (Doc. 57).

DATED: September 9, 2020

                                              **MARGARET M. ROBERTIE,**
                                              **Clerk of Court**

                                        BY:  /s/ Jennifer Jones
                                                  **Deputy Clerk**

APPROVED:  /s/ Mark A. Beatty
                 **MARK A. BEATTY**
                 **United States Magistrate Judge**